MAURICE BRONFMAN, *ET AL.*, PLAINTIFFS, v. MURRAY GREENE, t/a INDUSTRIAL CREDIT CO., DEFENDANT AND THIRD-PARTY PLAINTIFF-PETITIONER, v. AMERICAN TITLE INSURANCE CO., THIRD-PARTY DEFENDANT-RESPONDENT.

*Messrs. Williams, Willette & Faccone* for the petitioner.

*Mr. Francis F. Welsh* for the respondent.

October 15, 1968. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. LIONEL BYRD, DEFENDANT-PETITIONER.

*Mr. Ralph J. Kmiec* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. Robert L. Messick* for the respondent.

October 15, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MAURICE WALKER, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mr. Michael Blacker* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Donald S. Coburn* for the respondent.

October 15, 1968. Denied.